1  RICHARD E. QUINTILONE II (SBN 200995)
   REQ@QUINTLAW.COM
2  ALVIN B. LINDSAY (SBN 220236)
   ABL@QUINTLAW.COM
3  GEORGE A. ALOUPAS (SBN 313112)                    JS-6
   GAA@QUINTLAW.COM
4  **QUINTILONE & ASSOCIATES**
   22974 EL TORO ROAD, SUITE 100
5  LAKE FOREST, CA 92630
   TELEPHONE: (949) 458-9675
6  FACSIMILE:  (949) 458-9679
7  Attorneys for Plaintiff, RYAN KIESLICH on behalf of himself and on behalf of a Class
   of all other persons similarly situated
8  ROBERT L. SHIPLEY, CA. STATE BAR NO 109420)
9  RSHIPLEY@SHIPLEYLAW.COM
   BRANDON S. GRAY, CA State Bar No. 109420
10 BGRAY@SHIPLEYLAW.COM
   **ROBERT L. SHIPLEY, APLC**
11 2784 GATEWAY RD, SUITE 104
   CARLSBAD, CA 92009
12 TELEPHONE: 760.438.5199
   FACSIMILE: 760.438.3706
13 Attorneys for Defendant CALIFORNIA CINEMA INVESTMENTS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KIESLICH, on behalf of himself and on behalf of a Class of all other persons similarly situated<br><br>  Plaintiff,<br><br>vs.<br><br>CALIFORNIA CINEMA INVESTMENTS, LLC, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | **Case No.: 2:17-cv-06985-JFW (JPRx)**<br>**CLASS ACTION**<br>**Assigned For All Purposes To:**<br>**Hon. John F. Walter**<br>**Courtroom 7A, First Street Courthouse**<br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ENTRY OF ORDER GRANTING LEAVE TO AMEND THE COMPLAINT TO WITHDRAW PLAINTIFF'S FLSA CLAIM (CLAIM 1) AND REMAND THE ACTION**<br>[Filed with Joint Stipulation for Order Entry]<br>Complaint Filed:  June 8, 2017<br>FAC Filed:  August 14, 2017<br>Removed:  September 21, 2017 |

# **ORDER**

The Court has reviewed the Joint Stipulation and Request for Entry of Order Granting Leave to Amend the Complaint to Withdraw Plaintiff's FLSA Claim and Remand the Action ("Joint Stipulation") submitted by PLAINTIFF RYAN KIESLICH ("Plaintiff"), on behalf of himself and all other similarly situated employees of DEFENDANT CALIFORNIA CINEMA INVESTMENTS, LLC ("Defendant"), and Defendant (collectively, "the parties").

The parties stipulated to the amendment of Plaintiff's First Amended Complaint (Dkt. 1, Exh. "C", Att. "2") so as to withdraw the sole federal claim (Claim 1) without prejudice and request an Order remanding the case to state court. The Court approves the relief requested. The Court declines to exercise supplemental jurisdiction over Claims 2 through 11, which seek recovery predicated on state law Labor Code violations. The Court remands this action to state court.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED**:

1. The Joint Stipulation to Amend Plaintiff's First Amended Complaint so as to withdraw Plaintiff's first claim for relief under the FLSA pursuant to Federal Rule 15(a) is **GRANTED**;

2. Claim 1 of Plaintiff's First Amended Complaint ("FAC") is deemed withdrawn without prejudice to the right of Plaintiff to assert such a claim at a later date;

3. Plaintiff is granted leave to Amend the FAC by filing the [Proposed] Second Amended Complaint, attached at **Exhibit A** to the parties' Joint Stipulation, pursuant to Local Rule 15-1 *et seq*.

4. In light of the amendment of the Plaintiff's complaint so as to withdraw Plaintiff's sole federal claim, the Court is divested of federal question subject matter jurisdiction, and the Court exercises its discretion to remand the instant action to the state court where it originated. The Clerk is therefore directed to **REMAND** this case

to the Superior Court for Los Angeles County, Central District, Central Civil West Courthouse, 600 South Commonwealth Avenue, Los Angeles, California, 90005, LASC Case No. BC664439.

5. Each of the Parties shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the instant action; and

6. After the remand has been effected, the Clerk is directed to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

Dated: October 10, 2017

_____
HON. JOHN F. WALTER
United States District Judge